**ROBERT J. DEBRY AND ASSOCIATES, P.C., a Utah corporation, Plaintiff–Appellant,**

v.

**QWEST DEX, INC., a Colorado corporation; and Dex Media West, LLC, a Delaware limited liability corporation, Defendants–Appellees.**

No. 04–4049.

United States Court of Appeals, Tenth Circuit.

Aug. 4, 2006.

Lynn P. Heward, Robert J. Debry & Associates, Salt Lake City, UT, for Plaintiff–Appellant.

Joseph J. Joyce, Strong & Hanni, Salt Lake City, UT, Bobbee J. Musgrave, Paul J. Lopach, Musgrave & Theis, Denver, CO, for Defendants–Appellees.

Before HENRY, BALDOCK, and BRISCOE, Circuit Judges.

## ORDER AND JUDGMENT*

BOBBY R. BALDOCK, Circuit Judge.

We certified to the Utah Supreme Court, as a dispositive question of law in this matter, the following pursuant to 10th Cir. R. 27.1 and Utah R.App. P. 41:

Whether Defendants violated Utah Code Ann. § 13–11a–3(1)(b), (d), or (t) when they published in their 2003–2004 Ogden-area telephone directory a table of numerical prefixes associated with a "local calling area" and advertisements by third parties that include a market expansion line telephone number without any physical business address; and if so, whether Defendants are exempt from liability under Utah Code Ann. § 13–11a–5(1).

See Robert J. DeBry and Assocs. P.C. v. Qwest Dex, Inc., No. 04–4049, Certification Order (10th Cir. March 21, 2005). The Utah Supreme Court graciously accepted our certification and held, under the facts as certified, that Defendant had not violated Utah Code Ann. § 13–11a–3(1)(b), (d), or (t). See Robert J. DeBry and Assocs. P.C. v. Qwest Dex, Inc., 144 P.3d 1079 (Utah 2006). Accordingly, the district court's judgment dismissing Plaintiff's complaint for failure to state a cause of action is—

AFFIRMED.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.